```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06728
    PHILIPPE KALETA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6338

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/13/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/14/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    6791.00       286.50         2229.78
CITIFINANCIAL AUTO CREDI  UNSECURED          99.60          .00            9.96
WASHINGTON MUTUAL         CURRENT MORTG        .00          .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE        .00          .00             .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED         .00             .00
AT&T                      UNSECURED      NOT FILED         .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         771.88         .00           77.19
COCONUTS                  UNSECURED      NOT FILED         .00             .00
FAIRPLAY FOODS            SPECIAL CLASS  NOT FILED         .00             .00
OAKLAWN RADIOLOGIST       UNSECURED      NOT FILED         .00             .00
OAKLAWN RADIOLOGIST       UNSECURED      NOT FILED         .00             .00
ILLINOIS TITLE LOANS      UNSECURED      NOT FILED         .00             .00
PALOS ANESTHESIA ASSC     UNSECURED      NOT FILED         .00             .00
EVERGREEN EMERGENCY SERV  UNSECURED      NOT FILED         .00             .00
GREGORY EMERGENCY PHYSIC  UNSECURED      NOT FILED         .00             .00
GREGORY EMERGENCY PHYSIC  UNSECURED      NOT FILED         .00             .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED         .00             .00
PAY DAY LOAN STORE        UNSECURED      NOT FILED         .00             .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED         .00             .00
ST FRANCIS HOSPITAL OF E  UNSECURED      NOT FILED         .00             .00
CHARTER ONE BANK          UNSECURED      NOT FILED         .00             .00
SUPERVALU                 UNSECURED      NOT FILED         .00             .00
AR IMAGING SC             SPECIAL CLASS  NOT FILED         .00             .00
KMART PRIMARY COLLECTION  SPECIAL CLASS  NOT FILED         .00             .00
JEWEL OSCO                SPECIAL CLASS  NOT FILED         .00             .00
DANIEL J WINTER           DEBTOR ATTY      2,354.00                     2,354.00
TOM VAUGHN                TRUSTEE                                         358.43
DEBTOR REFUND             REFUND                                          657.06

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 06728 PHILIPPE KALETA
```

```
-------------------------------------------------------------------------------
TRUSTEE                                       5,972.92

PRIORITY                                                               .00
SECURED                                                           2,229.78
    INTEREST                                                        286.50
UNSECURED                                                            87.15
ADMINISTRATIVE                                                    2,354.00
TRUSTEE COMPENSATION                                                358.43
DEBTOR REFUND                                                       657.06
                                          ---------------   ---------------
TOTALS                                        5,972.92            5,972.92
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
    Dated: 07/22/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```